The Court construes this letter as a motion for reconsideration, which motion the Court hereby GRANTS. The Court adheres to its previous decision.

WARREN W. EGINTON, SENIOR USDJ 10/23/03

03CV640 mot recons'd ord

Ms. Tower vs Paul Esposito : United States Court

: August 23, 2003

2003 AUG 25 A 11:13
US DISTRICT COURT BRIDGEPORT

FILED
2003 AUG 26 A 8:28
US DISTRICT COURT BRIDGEPORT

letter to Judge
case # 3:03 cv 640 (WWE)

Please Judge, hear me. I am making a correction for you — I did submitted a mid-term paper and a final paper to Paul Esposito. He first gave me an Incomplete grade and he never answer my calls for me to change the I-grade.

FILED
2003 OCT 23 P 12:00
US DISTRICT COURT BRIDGEPORT

His fault, I am sueing this instructor for being bias, he has a heart condition, and he is mean to certain students.

Plaintiff.
ms. Tower

next page