H. Tower                    :         UNITED STATE COURT

  VS                                  **FILED**

Paul Exposito               :         NOV. 25, 2003

                                      2003 NOV 25  A 10: 33

                                      US DISTRICT COURT
                                        BRIDGEPORT CT

3:03 cv 640 (WWE)

The Plaintiff would like to know if Paul Exposito answered the complaints brought against him. Paul was given the Marshall's papers on October 6, 2003.

The Plaintiff is saying that he won't respond with supplementals, Paul's work telephone is 576-4828 from the Ideal Program
His business telephone is (203) 323-2927.

The Plaintiff is suing for violating her right to make up for an incomplete grade.

If the court would like copies of the mid-term and final papers - the Plaintiff would be happy to submit them.

copy was given to Paul.

                                      PLAINTIFF,

                                      Hazel Tower
                                      1/13 Park Ave
                                      Bridgeport, CT 06604

Copy was given to Paul Esposito
& sworn to the truth.

Hazel Lour
plaintiff

Mr. Esposito
105 Soundview Ct
Stamford. Ct 06905