03cv640 MoM.sc

H. Tower                    :         UNITED STATE COURT

VS                                                            FILED

Paul Exposito              :         NOV. 25, 2003

2003 NOV 25  A 10: 33

US DISTRICT COURT
BRIDGEPORT C

3:03 cv 640 (WWE)

The Plaintiff would like to know if Paul Exposito answered the complaints brought against him. Paul was given the Marshall's papers on October 6, 2003.

The Plaintiff is, saying that he won't respond with supplementals, Paul's work telephone is 576-4828 from the Ideal Program
His business telephone is (203) 323-2927.

The Plaintiff is suing for violating her right to make up for an incomplete grade.

If the court would like copies of the mid-term and final papers – the Plaintiff would be happy to submit them.

copy was given to Paul.

PLAINTIFF,

[signature]
175 Park Ave
Bridgeport, CT 06604

The Court construes this document as a motion to compel an answer, which motion the Court DENIES. This case is closed and defendant does not need to file an answer.

WARREN W. EGINTON, SENIOR USDJ   2-11-04

2004 FEB 11  P 12: 32