UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY 11 A 10: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Ms. Hazel Pat Tower
Name of Plaintiff/Petitioner

v.

Case No. 3:03 cv 640 (WWE)

Paul Esposito
Name of Defendant/Respondent

**MOTION FOR APPOINTMENT OF COUNSEL**

PERSONAL/FINANCIAL DATA

1. Your full name: Hazel Pat Tower

    Your present mailing address: 115 Park
    Bpt, Ct. 06604

    Telephone number: ( ) unlisted

2. Are you presently employed? YES / NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. 
    Only $100.00 Weekly

    Norwalk/ Westport     50 Jessup St.    Westport, Ct.

    Weekly earnings: $/00.

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

(Rev. 1/2/03)

Date last worked: _____

    Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:

    a) salary, wages, commissions, or earned income of any kind? _Only $1,500_

    b) interest, dividends, rents or investments of any kind? _____

    c) gifts or inheritances of any kind? _____

6. How much money do you have in any checking or savings account(s)?

    Checking: _None_

    Savings: _None_

    Prison account: _None_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _X_

    If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _____

    For each debt, state the name of the creditor and the amount owed:

    | CREDITOR | AMOUNT OWED |
    |---|---|
    | City Bank credit card | $1,000 |
    | Rent | $300.00 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

_Only myself_

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO _X_

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

    _I don't work during summer and I also behind with rent from pass summer._

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.

    _I need an attorney to help me_

(Additional space on next page)

3

to change my Incomplete to C or better because the Instructor had fail to contact me to make up an I-grade. The Instructor wanted to fail me. He was bad toward me.

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  I called Cohen

   Date you contacted this attorney  back in Feb, 2004

   Method of contact (in person, by telephone, etc.)  e mail letter, and later I fax letter,

   Reason why attorney was not employed to handle your case  I have gotten No replies and he denied to take the case

   b) Attorney's name  _____

   Date you contacted this attorney  _____

   Method of contact (in person, by telephone, etc.)  _____

   Reason why attorney was not employed to handle your case  _____

Additional comment:
The Plaintiff had attended all 3 class sessions, too

4

c) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   Reason why attorney was not employed to handle your case _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.
    *I talked to Lawyer's refer*

16. Please provide any other information which supports your application for the court to appoint counsel. *I had an address for Mr. Esposito at 105 Soundview Ct. Stanford Ct. He transferred. Mrs. Sheridan, Ideal Program Director at Univ of Bridgeport. I gave her a mid & final term papers 2/2003 but the grades still "F"*

17. Do you need a lawyer who speaks a language other than English?
    YES ___  NO _X_

    If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

May 10, 2004
Date

_____
Original Signature of Movant

115 Park Ave
Bpt, Ct 06604
Hazel Pat Tower
Printed Name and Address of Movant

(Rev. 1/2/03)

6

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

_Paul Esposito 105 Fox___ new Ct_

_Stanford Ct 06905_

_Date mail May 10, 2004_

_____
Original Signature of Movant

(Rev. 1/2/03)

7