03cv640 mot

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 11 A 10:02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Ms. Hazel Pat Tower
Name of Plaintiff/Petitioner

v.

Case No. 3:03 cv 640 (WWE)

Paul Esposito
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

*[Margin note: WARREN W. EGINTON, SENIOR USDJ 5/17/04]*
*[Margin note: DENIED AS MOOT.]*

1. Your full name: Hazel Pat Tower

   Your present mailing address: 115 Park
   Bpt, Ct. 06604

   Telephone number: ( ) unlisted

2. Are you presently employed? YES ✓ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.
   Only $100.00 Weekly

   Norwalk/ Westport    50 Jessup St.    Westport, Ct.

   Weekly earnings: $100.

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving.

(Rev. 1/2/03)